UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KATHY HUNTLEY,

    Plaintiff,

v.                                             Case No. 6:18-cv-227-Orl-37GJK

NATIONSTAR MORTGAGE LLC,

    Defendants.
_____

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation for Dismissal with Prejudice. (Doc. 25). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 5, 2018.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record